**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ADAMA SAJOR BAH**,

*Petitioner*,

v.

**JAMAL L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**,

*Respondents*.

**Case No. 2:26-cv-06089-JDW**

**ORDER**

**AND NOW**, this 21st day of August, 2026, upon review of Petitioner Adama Sajor Bah's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that Petitioner's counsel shall serve the Petition and this Order on Respondents at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, and eric.wolfish@usdoj.gov.

It is **FURTHER ORDERED** that, on or before August 27, 2026,[1] at 5:00 p.m., Respondents shall:

[1] Respondents shall use their best efforts to expedite their review of the Petition and to gather relevant information in order to respond sooner than the required deadline, if possible.

1. Identify the statutory provision that they contend provides the basis for Mr. Sajor Bah's detention;

2. If the statutory basis for detention is 8 U.S.C. § 1225(b)(2), then advise me whether they oppose Mr. Sajor Bah's Petition and, if so, whether they intend to make any arguments other than those the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026); and

3. If the statutory basis is something other than 8 U.S.C. § 1225(b)(2), then provide documents related to Mr. Sajor Bah's detention, including but not limited to the various immigration forms that immigration officers completed throughout their encounters with him.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.