**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ADAMA SAJOR BAH**,<br><br>*Petitioner*,<br><br>v.<br><br>**JAMAL L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-06089-JDW** |

**ORDER**

**AND NOW**, this 8th day of September, 2026, upon review of Petitioner Adama Sajor Bah's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** as follows:

1. Mr. Bah's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**; and

2. Within seven days of the date of this Order, Respondents shall provide Mr. Bah with a bond hearing before a neutral immigration judge to determine whether detention is warranted pending the resolution of Mr. Bah's removal proceedings, consistent with 8 U.S.C. § 1226(a).

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.